ACCEPTED
15-24-00068-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/17/2025 2:36 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00068-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/17/2025 2:36:59 PM
CHRISTOPHER A. PRINE
Clerk

In the Court of Appeals
for the Fifteenth Judicial District of Texas
Austin, Texas

ANTHONY WHITNEY NORMAN
*Plaintiff /Appellant,*

v.

A. JANAK, ET AL.
*Defendants / Appellees.*

_____

On Direct Appeal from the 12th Judicial District Court
Walker County, Texas, Honorable Judge David W. Moorman
Trial Court Cause No. 2230570

_____

**APPELLEES JANAK, LUMPKIN, COLLIER, THOMAS,
MOORE, SHELBY AND MATHIS'S NOTICE OF NEW LEAD COUNSEL**

Appellees Ashley Janak, Bobby Lumpkin, Bryan Collier, Margarita Thomas, Rocky Moore, Tammy Shelby, and Shovanda Mathis file this Notice of New Lead Counsel. Appellees are represented by the Office of the Attorney General of Texas. This case was originally assigned to prior Assistant Attorney General ("AAG") Austin Hamby. Since Mr. Hamby is no longer with the Office, this case was administratively reassigned to AAG Jacob I. Pons. AAG Pons therefore requests that

all future pleadings, orders, and correspondence be sent to him at the address listed below.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant
Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General
for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ *Jacob I. Pons*
**JACOB I. PONS**
Assistant Attorney General
Attorney-in-Charge
Texas State Bar No. 24139435
Jacob.pons@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone (512) 463-2080 | Fax (512) 370-9814

**COUNSEL FOR APPELLEES**

/s/ Austin Hamby
**AUSTIN HAMBY**
Texas State Bar No. 24105304
Prior Counsel for Appellees

## NOTICE OF ELECTRONIC FILING

I, **JACOB I. PONS**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above in accordance with the electronic filing system for the Fifteenth Court of Appeals on April 16, 2025.

/s/ *Jacob I. Pons*
**JACOB I. PONS**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **JACOB I. PONS**, Assistant Attorney General of Texas, hereby certify that a true and correct copy of the above and foregoing has been served by placing same in the United States Mail, Certified Return Receipt Requested on April 16, 2025, addressed to:

Anthony Norman, 01718789          **CMRRR 7020 0090 0000 7451 4249**
TDCJ – Leblanc Unit
3695 FM 3514
Beaumont, TX 77705
*Appellant, pro se*

/s/ *Jacob I. Pons*
**JACOB I. PONS**
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gloriana Ojeda on behalf of Jacob Pons
Bar No. 24139435
gloriana.ojeda@oag.texas.gov
Envelope ID: 99807921
Filing Code Description: Other Document
Filing Description: Notice New Lead Counsel 15CoA_Pons
Status as of 4/17/2025 3:09 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jacob Pons | 24139435 | jacob.pons@oag.texas.gov | 4/17/2025 2:36:59 PM | SENT |
| Bridney Mcfield | | britney.mcfield@oag.texas.gov | 4/17/2025 2:36:59 PM | SENT |
| Gloriana Ojeda | | gloriana.ojeda@oag.texas.gov | 4/17/2025 2:36:59 PM | SENT |